# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

MATTHEW KARL MONTGOMERY                                                    PLAINTIFF

v.                              NO. 4:11CV00577 JLH/BD

BRUCE PENNINGTON, *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed a Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Defendants' motion for summary judgment (docket entry #25) is GRANTED. Montgomery's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 4th day of April, 2012.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE