IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTHEW KARL MONTGOMERY                                               PLAINTIFF

v.                              NO. 4:11CV00577 JLH/BD

BRUCE PENNINGTON, *et al.*                                          DEFENDANTS

ORDER

The Court has reviewed a Recommended Disposition ("Recommendation") received from Magistrate Judge Beth Deere. No objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Defendants' motion for summary judgment (docket entry #25) is GRANTED. Montgomery's claims are DISMISSED, with prejudice.

IT IS SO ORDERED this 4th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE