**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MATTHEW KARL MONTGOMERY                                                PLAINTIFF

v.                              NO. 4:11CV00577 JLH/BD

BRUCE PENNINGTON, *et al.*                                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 4th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE